WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ira Joe Anderson, | No. CV-16-01577-PHX-ROS (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

On May 23, 2016, Petitioner Ira Joe Anderson, who is confined in the Arizona State Prison Complex-Eyman in Florence, Arizona, filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) and an Application to Proceed In Forma Pauperis (Doc. 2). The Court granted Petitioner's Application to Proceed in Forma Pauperis and ordered Respondents to answer the Petition, specifically providing that Respondents "may file an answer limited to relevant affirmative defenses, including but not limited to, statute of limitations, procedural bar, or non-retroactivity." (Doc. 5 at 3). Respondents timely filed their Limited Answer to Petition for Writ of Habeas Corpus. (Doc. 13). Petitioner did not file a reply, and the time to do so has passed. The Petition is deemed submitted for decision.

Pending before the Court is "Petitioner Motions the Court or the Justice or a Judge to Issue a Default Judgment Order Awarding the Writ and Granting the Relief Sought to Defendant." (Doc. 14). Petitioner requests entry of a default judgment because "[t]he

respondents has [sic] neither responded, rebutted, contended nor refutted or shown cause why the writ should not be granted, and the respondents are now in default of the court's order."   (Id. at 1).   Petitioner argues that the Response (Doc. 13) is a "none [sic] responsive pleading" to the three grounds set forth in the Petition for Writ of Habeas Corpus. (Id.).

The Court finds that the Respondents have, in fact, timely responded to the Petition pursuant to Rule 5, Rules Governing Section 2254 Cases in the U.S. District Court.  By Order of the Court (Doc. 5), Respondents were permitted to limit their answer to affirmative defenses, and they have done so.  Should the Court reject the affirmative defenses set forth in the Limited Answer, it will order the Respondents to file additional briefing to address the merits of the claims raised by Petitioner.  Entry of a default judgment is not warranted under the circumstances of this case.  *See* Rule 55, Fed. R. Civ. P.

For the reasons set forth herein,

**IT IS ORDERED** denying Petitioner's motion (Doc. 14).

Dated this 18th day of November, 2016.

_____
Eileen S. Willett
United States Magistrate Judge